UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DUMELKY METELUS (A-Number: 244-604-215),

Petitioner,

v.

CHRISTOPHER CHESTNUT, Warden for California City Immigration Processing Center,

Respondent.

No.  1:26-cv-04502-KES-SAB (HC)

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING IMMEDIATE RELEASE

Doc. 1

Petitioner Dumelky Metelus is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order.  Docs. 1, 2.  The Court has previously addressed the legal issues raised by ground two of the petition.  *See, e.g.*, *R.A.N.O. v. Wofford*, 820 F. Supp. 3d 1094 (E.D. Cal. 2026); *Omer G. G. v. Kaiser*, 815 F. Supp. 3d 1098 (E.D. Cal. 2025); *Ramazan M. v. Andrews*, No. 1:25-CV-01356-KES-SKO (HC), 2025 WL 3145562 (E.D. Cal. Nov. 10, 2025).

The Court set a briefing schedule on the petition and ordered respondent to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders and that would justify denying the petition.  Doc. 7.  Respondent did not identify whether the Court's prior orders were distinguishable.[1]  *See* Doc. 8.  While respondent opposes the petition, he does not raise any new arguments.  *See id.* at 1–7.

---

[1] Respondent notes that petitioner was arrested on state charges in Florida but recognizes that the alleged "offenses were deemed nolle prosequi."  Doc. 8 at 2.

1

As respondent has not made any new legal arguments and has not identified any pertinent factual or legal issues in this case that would distinguish it from the Court's prior decisions in *R.A.N.O. v. Wofford*, 820 F. Supp. 3d 1094 (E.D. Cal. 2026), *Omer G. G. v. Kaiser*, 815 F. Supp. 3d 1098 (E.D. Cal. 2025), and *Ramazan M. v. Andrews*, No. 1:25-CV-01356-KES-SKO (HC), 2025 WL 3145562 (E.D. Cal. Nov. 10, 2025), the petition for writ of habeas corpus is GRANTED as to ground two, for the reasons addressed in those prior orders.[2]

Respondent is ORDERED to release petitioner Dumelky Metelus (A-Number: 244-604-215) immediately. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner unless he demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

Respondent is ORDERED to provide petitioner with a copy of this Order upon his release.

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   June 28, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[2] The Court need not address the other grounds for petitioner's challenge as petitioner is entitled to the relief he seeks based on the Court's ruling on ground two.